MID-CONTINENT REFRIGERATOR COMPANY, A CORPORATION, v. S. E. DAVENPORT, TRADING AS LAKE PHELPS GROCERY.

(Filed 21 September, 1955.)

**Appeal and Error § 38—**

Where the Supreme Court is evenly divided in opinion, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff from *Nimocks, J.,* and a jury, at January Term, 1955, of WASHINGTON.

Civil action to recover balance alleged to be due on a conditional sale contract executed by the defendant in purchasing a refrigerator.

The jury, in response to issues submitted on the defendant's cross-demand pleaded as a set-off, returned a verdict in favor of the defendant, finding that he was entitled to the set-off as claimed. From judgment entered on the verdict, decreeing that the plaintiff recover nothing of the defendant, the plaintiff appealed.

*W. L. Whitley for plaintiff, appellant.*
*No counsel contra.*

PER CURIAM. Two members of the Court, *Winborne* and *Higgins, JJ.,* not sitting, but with *Devin, Emergency Justice,* participating in lieu of *Winborne, J.,* and the six sitting members being evenly divided in opinion whether prejudicial error has been shown, the judgment of the Superior Court is affirmed, without becoming a precedent. *Allen v. Insurance Co.,* 211 N.C. 736, 190 S.E. 735.

Affirmed.